UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cr-20097-KMW

UNITED STATES OF AMERICA

v.

MARCO A. PARRA,
              **Defendant.**

## STIPULATED FACTUAL BASIS

The United States Attorney's Office for the Southern District of Florida and the defendant, **MARCO A. PARRA**, stipulate to and agree not to contest the following facts, and stipulate that such facts, in accordance with Rule 11(b)(3) of the Federal Rules of Criminal Procedure, provide a sufficient factual basis for the plea of guilty to **Count One** of the **Indictment**, which charges **MARCO A. PARRA** with Conspiring to Defraud the United States, in violation of Title 18, United States Code, Section 371.

1. Defendant **MARCO A. PARRA** ("PARRA") ~~owned and~~ operated Road Tire Plus, Corp. ("Road Tire"), a tire wholesaler and importer, located in Miami Florida and organized under the laws of the State of Florida. Road Tire specialized in the importation of truck tires from China and elsewhere and sold the imported truck tires to retailers in South Florida.

2. The Internal Revenue Code ("the Code") provides that, generally, truck tires marked for domestic highway use are subject to federal excise taxes. An importer of tires is liable for the excise tax when the tires are sold. Tire importers typically pass on the cost of the excise tax to their customers, the tire retailers. The Code, however, provides for a refund on the excise taxes if tires are exported overseas rather than sold domestically.

3. Road Tire, as an importer of tires, was liable for, or responsible for collecting, federal excise tax due on the sale of certain imported tires and was required to file with the Internal Revenue Service ("IRS") Forms 720, Quarterly Federal Excise Tax Returns, reporting the sale of taxable tires.

4. Between at least December 2013 and July 2016, PARRA sold, and caused to be sold, truck tires subject to federal excise taxes to tire retailer throughout South Florida and collected federal excise taxes from certain customers, but failed to remit some or all of the collected federal excise taxes to the IRS.

5. PARRA accepted bills of lading which he knew to be false purporting that the truck tires were exported overseas. PARRA prepared, and caused to be prepared, false credit memoranda so that his customers would be issued a credit for the federal excise taxes purportedly paid on the purchase of taxable tires.

6. On or about December 2013 to January 2014, PARRA accepted bills of lading which he knew to be false from co-conspirator Yaromir Garcia, owner of Green Tires Sales, Inc. ("Green Tire"), a Florida tire retailer, purporting that 240 taxable truck tires Road Tire sold to Green Tire were exported overseas, even though PARRA knew they were not exported.

7. On January 8, 2014, PARRA cause the preparation of a false credit memo issuing a credit to Green Tire for approximately $2,326 for federal excise taxes purportedly paid on the purchase of taxable tires.

8. In January 2014, PARRA accepted bills of lading which he knew to be false from co-conspirator Roberto Fernandez, owner of Miami Truck Services, Inc. d/b/a Truck Tires, Inc. ("Truck Tires"), a Florida tire retailer, purporting that 195 taxable truck tires Road Tire sold to the Truck Tires were exported overseas, even though PARRA knew they were not exported.

9. On or about April 24, 2014, **PARRA** caused the preparation of a false credit memo issuing a credit to Truck Tires for approximately $5,672 for federal excise taxes purportedly paid on the purchase of taxable tires.

10. As a result of **PARRA**'s failure to timely file Forms 720 for Road Tire for the time period here in issue including 2014, 2015, and 2016, the excise tax due on taxable tire sales was approximately $887,112.

11. **PARRA** has paid $746,651.31 to the Internal Revenue Service as of the date of this agreement.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 10/22/2020             By: _____
                                  FRANCESCA L. BARTOLOMEY
                                  GREGORY E. TORTELLA
                                  Special Attorneys
                                  United States Department of Justice

Date: 10-16-2020             By: _____
                                  DAVID M. GARVIN
                                  Attorney for the Defendant

Date: 10-16-2020             By: _____
                                  MARCO A. PARRA
                                  Defendant